Ida K. Brown, Appellee, v. City of Streator, Appellant.
Gen. No. 9,986.

opinion filed February 8, 1945; released for publication February 26, 1945. McMullen & Dixon and Daniel McMullen, for appellant; Painter & Hayes, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.

Myron M. Segal, Trading as Acme Equipment Company, Appellant, v. Harry B. Stoner et al., Appellees.
Gen. No. 10,003.

opinion filed February 8, 1945; released for publication February 26, 1945. Robert W. Rice, for appellant; Phillip E. Freed and Jules R. Green, of counsel; Sears, O'Brien and Streit, for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.